**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHARLES LASH,**

**Plaintiff,**

**vs.** **CASE NO.:**

**CIAO BELLA OF LAKELAND, LLC, a Florida Limited Liability Company, and DOMENIC VERILO, Individually,**

**Defendants.**
________________________________________/

## COMPLAINT

Plaintiff, CHARLES LASH, by and through his undersigned counsel, sues the Defendants, CIAO BELLA OF LAKELAND, LLC, a Florida Limited Liability Company, and DOMENIC VERILO, Individually, and alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

2. Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Plaintiff, CHARLES LASH, is a resident of Polk County, Florida at all times material and worked for Defendant in this Juridical District during the applicable statute of limitations.

4. Defendant, CIAO BELLA OF LAKELAND, LLC, is a Florida Limited Liability Company authorized and doing business in this Judicial District.

5. At all times material hereto Defendant, DOMENIC VERILO, Individually, was an officer of the Defendant Corporation and had direct responsibility and control over the compensation paid to employees

of the organization.

6. Defendants are an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(l)(A).

7. Plaintiff was an employee of Defendants pursuant to 29 U.S.C. § 203(e)(l), Defendants were Plaintiff's employer within the meaning of 29 U.S.C. § 203(d), and Defendants employed Plaintiff within the meaning of 29 U.S.C. § 203(g).

**FACTUAL ALLEGATIONS**

8. Plaintiff, CHARLES LASH, was employed with Defendants from approximately June/July 2020 to January 22, 2021 as a Cook working approximately 70 to 75 hours per week.

9. As a Cook, Plaintiff worked in excess of 40 hours per work week for which he was not compensated by Defendants at a rate of time and one half his regular hourly rate.

**COUNT I**
**(Fair Labor Standard Act - Overtime)**

10. Plaintiff realleges paragraphs one (1) through nine (9) as though set forth fully herein.

11. The employment of Plaintiff provided for a forty (40) hour work week but throughout his respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

12. At all times material, Defendants failed to comply with 29 U.S.C. § 201 et seq., in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half his regular rate of pay for the hours worked over forty (40) in a work week.

13. Defendants' failure to pay Plaintiff the required overtime pay was intentional and willful.

14. As a direct and legal consequence of Defendants' unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiff, CHARLES LASH, respectfully request all legal and equitable relief allowed by law including judgment against Defendants, CIAO BELLA OF LAKELAND, LLC, a Florida Limited Liability Company, and DOMENIC VERILO, Individually, for overtime compensation, liquidated

damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

**COUNT II**
**(Fair Labor Standard Act - Retaliation)**

15. Plaintiff realleges paragraphs one (1) through nine (9) as though set forth fully herein.

16. Plaintiff, CHARLES LASH, was terminated as a direct result of, and in retaliation for, his reporting and opposing the above-described unlawful conduct.

17. The above-described actions of Defendants constitute a violation of the Fair Labor Standard Act, 29 U.S.C. § 215.

18. As a result of the retaliatory actions of Defendants, Plaintiff has suffered damages including lost wages, benefits, and other remuneration, emotional distress and humiliation. These losses are permanent or intermittent and will continue into the future.

19. As a result of Defendants' unlawful acts against Plaintiff, he has and will continue to incur attorney's fees and costs.

WHEREFORE, Plaintiff, CHARLES LASH, demands a trial by jury against Defendants, CIAO BELLA OF LAKELAND, LLC, a Florida Limited Liability Company, and DOMENIC VERILO, Individually, for compensatory damages, lost wages and benefits, prejudgment interest, liquidated damages, attorney's fees and costs, and any other damages allowable by law.

**DEMAND FOR JURY TRIAL**

20. Plaintiff requests a jury trial on all issues so triable.

Dated this 29th day of January, 2021.

**FLORIN, GRAY, BOUZAS, OWENS, LLC**

*/s/ Miguel Bouzas*
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
miguel@fgbolaw.com

Secondary: gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

*Attorneys for Plaintiff*